AUSTIN, Com'r of Insurance and Banking, v. KELLY et al. (No. 2043.)

(Court of Civil Appeals of Texas. Texarkana. Feb. 28, 1919. On Motion for Rehearing, March 20, 1919.)

Appeal from District Court, Gregg County; Daniel Walker, Judge.

Suit by Charles O. Austin, Commissioner of Insurance and Banking, against R. M. Kelly and another. From that part of the judgment denying recovery against defendant named, plaintiff appeals. Reversed and rendered.

F. H. Prendergast, of Marshall, and Edwin Lacy, of Longview, for appellant.

Marsh & McIlwaine, of Tyler, and F. J. McCord and Young & Stinchcomb, all of Longview, for appellees.

HODGES, J. Chas. O. Austin, as commissioner of insurance and banking, filed this suit in the district court of Gregg county on June 29, 1917, against G. A. Bodenheim, a stockholder in the People's State Bank of Longview, and R. M. Kelly, a former stockholder, seeking to recover the sum of $1,000, the face value of their stock. The proof showed that Kelly owned stock of the par value of $1,000 on the 8th day of December, 1915, and on that date transferred it to G. A. Bodenheim. On the 18th day of August, 1916, the bank became insolvent and its affairs were placed in the hands of the commissioner of insurance and banking. In a trial before the court a judgment was rendered in favor of the commissioner against Bodenheim for the full amount sued for, but he was denied a recovery against Kelly. The court filed his findings of fact and conclusions of law, which are the same as will be found set out in the opinion this day rendered in Austin v. T. D. Campbell et al., 210 S. W. 277.

For the reasons stated in that opinion, the judgment in favor of Kelly will be reversed, and judgment here rendered against him for the full amount sued for, together with interest and costs.

On Motion for Rehearing.

The motion for a rehearing in this case is overruled, for the reasons stated in the companion case of Austin v. Campbell et al., 210 S. W. 277, this day decided by this court.

---

AUSTIN, Com'r of Insurance and Banking, v. YATES et al. (No. 2044.)

(Court of Civil Appeals of Texas. Texarkana. Feb. 28, 1919. On Motion for Rehearing, March 20, 1919.)

Appeal from District Court, Gregg County; Daniel Walker, Judge.

Suit by Charles O. Austin, Commissioner of Insurance and Banking, against Mrs. J. W. Yates and another. From that portion of the judgment denying recovery against defendant named, plaintiff appeals. Reversed and rendered.

F. H. Prendergast, of Marshall, and Edwin Lacy, of Longview, for appellant.

Marsh & McIlwaine, of Tyler, and F. J. McCord and Young & Stinchcomb, all of Longview, for appellees.

HODGES, J. On June 29, 1917, Chas. O. Austin, as commissioner of insurance and banking, filed this suit against G. A. Bodenheim, a stockholder in the People's State Bank of Longview, and Mrs. J. W. Yates, a former stockholder in that bank, seeking to recover the sum of $2,000, the par value of stock then held by Bodenheim in the above-named bank. The proof showed that Mrs. Yates owned this stock on the 8th of December, 1915, and on that date sold and transferred it to Bodenheim. On the 18th of August, 1916, the bank became insolvent and its affairs were placed in the hands of the commissioner of insurance and banking. In a trial before the court judgment was rendered in favor of the commissioner against Bodenheim for the full amount sued for, but a recovery against Mrs. Yates was denied. It is from that portion of the judgment that the commissioner has appealed.

The court filed findings of fact and conclusions of law which are the same as will be found in the case of Austin v. T. D. Campbell et al., 210 S. W. 277, this day decided by this court.

For the reasons stated in that opinion, the judgment in favor of Mrs. Yates will be reversed, and judgment will be here rendered against her for the full amount sued for, together with interest and costs.

On Motion for Rehearing.

The motion for a rehearing in this case is overruled, for the reasons stated in the companion case of Austin v. Campbell et al., 210 S. W. 277, this day decided by this court.